UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Dominic Parton, Plaintiff(s)

vs.

The City of Syracuse, Defendant(s)

Civil Case No.:

CIVIL COMPLAINT PURSUANT TO TITLE VII OF THE CIVIL RIGHTS ACT, AS AMENDED

Plaintiff(s) demand(s) a trial by: ✓ JURY  ____ COURT   (Select **only** one).

## JURISDICTION

1. Jurisdiction is conferred on this court pursuant to 42 U.S.C. § 2000e-5.

## PARTIES

2. Plaintiff: Dominic Parton

   Address: Five Points Correctional Facility
   State Route 96, P.O. Box 119
   Romulus, New York 14541

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: The City of Syracuse

   Official Position: Syracuse Police Department

   Address: City of Syracuse, Office of The Corporation Counsel
   233 E. Washington St. Room 300
   Syracuse, N.Y. 13202

OTHER PLAINTIFF

(1) D▮▮▮ L▮▮▮ (son)
658 E. Division S

b.  Defendant: City of Syracuse Office of the Mayor Ben Walsh

Official Position: Mayor of Syracuse

Address: 203 City Hall
Syracuse, NY 13202-1473

c.  Defendant: Onondaga County District Attorney (William J. Fitzpatrick)

Official Position: District Attorney

Address: 505 South State Street, 4th Floor
Syracuse, N.Y. 13202

Additional Defendants may be added on a separate sheet of paper.

4.  **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

My 10 year old Son was Shot 3 times with a AR-15 Assault Riffle, while asleep at his Cousins house on 11/26/2020 at 3am on the City's North Side of Syracuse on Butternut Street. The Syracuse Police Department and Paramedics responded to a Call of shots fired. Upon arriving they approached my Son D[redacted] according to my Son's Mother Gaweiwonh Lazore, and asked him was he hurt! D[redacted] then showed the Syracuse Police Officer were he was Shot, this was at 3:00 A.M. My Son D[redacted] was treated at Upstate Hospital, and released several hours later.

5.                              **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

**FIRST CAUSE OF ACTION**

The Syracuse Police officer's that is investigating the shooting of D▮ L▮ should be relieved, do to the lack of compation for a minority 10 year old boy. Police Chief Kenton Buckner needs to hand over the investigation to the FBI. Justice has not been surved, the Oath to protect and surve the community was not upheld by the Syracuse Police Department.

**SECOND CAUSE OF ACTION**

District Attorney of Onondaga County William J. Fitzpatrick, and City of Syracuse Mayor Ben Walsh needs to use outside resources and include the FBI, ATF, Sheriff Department to get the Semi Automatic Riffles used on a 10 year old boy off the streets and arrest the alleged suspects. Proper actions needs to be take by Mayor Ben Walsh, and D.A. Fitzpatrick.

**THIRD CAUSE OF ACTION**

Upstate University Hospital needs to follow up with T▮ L▮, and to make sure that D▮ L▮ continues to recieve proper medical treatment, including medication. Upstate needs to inform the Parents of D▮ L▮ of the future trauma a 10 year old will suffer from after being shot by a AR-15, and to give D▮ L▮ access to the Children's Department resources at there Hospital.

6.  **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

I (Dominic Paston) and Gwenhoah Lazore Parents to D███ L███ request that this Court Grant all 3 Plaintiff's $20,000,000 million dollars for pain and suffering, failure to provide adequit medical care, and for failing to arrest the suspects for shooting our son D███ L███, and to hold all Defendants responsible.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 9/29/2022

*Dominic Paston (Father)*
_____
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010

# CERTIFICATE OF SERVICE BY MAIL

State of New York     :

SS:     (8330)(Dominic Parton Last 4)

County of Onondaga     :

I, /Dominic Parton, hereby certify that I am the plaintiff herein and served a copy of the following document(s):

Summons, Proof of Service, Complaint, Affidavit of Service (Specify document(s))

on Syracuse Police Department, City Hall of Syracuse, Onondaga (Name of person/Addressee)

at: County District Attorney, Upstate Hospital, 511 S. State St. (Address to which document(s)

505 S. State Street, 750 East Adams St, 13202 were sent)

by mailing and depositing a true and correct copy of said document(s) in a mailbox located

at: Five Points Correctional Facility,

on the following date:

I certify that the foregoing is true and correct.

DATED: 9/29/2022

/Dominic Parton
Signature of Plaintiff

FORM J (2)